UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH A. JESKE AND JAN M. JESKE,

        Plaintiffs,                        Case No. 1:23-cv-10766

v.                                            Honorable Laurie J. Michelson
                                                United States District Judge

GLAXOSMITHKLINE et al.,

        Defendants.
_____/

**ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA**

Plaintiffs have filed a *pro se* complaint against 23 companies, incorporating a complaint from another case by reference. ECF No. 1 (incorporating *In re Zantac (Ranitidine) Prods. Liab. Litig.*, No. 9:20-MD-02924 (S.D. Fla. Feb. 20, 2020), ECF No. 31). But the case that Plaintiffs reference is a multidistrict litigation that subsumed their claims. *See In re Zantac*, 437 F. Supp. 3d 1368 (J.P.M.L. 2020). So the case will be transferred to the Southern District of Florida. *See* 28 U.S.C. § 1407(a); *see also In re Nat'l Prescription Opiate Litig.*, 956 F.3d 838, 845 (6th Cir. 2020) ("Section 1407 refers to individual 'actions' which may be transferred to a single district court, not to any monolithic multidistrict 'action' created by transfer." (quoting *Gelboim v. Bank of Am. Corp.*, 574 U.S. 405, 413 (2015))). Jurisdiction has not been reviewed.

Accordingly, it is **ORDERED** that the Clerk of the Court is **DIRECTED** to transfer the above-captioned case to the United States District Court for the Southern District of Florida.

Dated: April 11, 2023

                                           s/Laurie J. Michelson
                                           LAURIE J. MICHELSON
                                           UNITED STATES DISTRICT JUDGE